MARTHA GUTIERREZ
in Pro Per
Box 493
Middletown, CA 95461
(707)292-2341

**JCS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA GUTIERREZ

Plaintiff,
vs.

**CV16    6229**

CASE NO. _____

SA-TEK STAFFING          EMPLOYMENT DISCRIMINATION)
LANGTRY ESTATE AND VINYARD    COMPLAINT
aka GUENOC RANCH

Defendant(s).

_____/_____

Plaintiff resides at:

P.O. Box 493

Middletown, CA 95461

Phone : (707)292-2341

1. Defendant  SA-TEK is located at:

1612 Jefferson Street #4 Napa, CA 94559
Phone: (707)255-2747
Defendant LANGTRY ESTATE AND VINYARD aka GUENOC
RANCH  is located  at: 2100 Butts Canyon Road,
Middletown, CA 95461

2. This action is brought pursuant to Title VII of

the Civil Rights Act of 1964 for employment

discrimination.   Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g)

3. The acts complained of in this suit concern:

Termination of my employment.

Defendant's conduct is discriminatory with respect to the following:

My sex.

My national origin

4. The basic facts surrounding my claim of discrimination are:

I had sexual relations with a male supervisor named Benjamin Pimentel, a line supervisor. When the Defendant became aware of this, my job was terminated without explanation but Mr. Pimentel was not disciplined and did not lose his job. I believe that my employment was terminated because of the sexual relations I had with my supervisor, because of my gender. My privacy was also violated when Mr. Pimentel spoke about our relations publicly at the workplace.

5. The alleged discrimination occurred on or about September 11, 2013.

6. .I filed charges with the Federal Equal Employment

Opportunity Commission for the discriminatory conduct on or about February 1, 2014.

7. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about August 4, 2016.

8.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:

DATED: 10/24/16

X _martha Gutierrez_
MARTHA GUTIERREZ

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

415-593-0096
Attn: Ana
Martha's Phone #

## DISMISSAL AND NOTICE OF RIGHTS

To:    Martha Gutierrez
       P. O. Box 493
       Middletown, CA 95461

From:  San Francisco District Office
       450 Golden Gate Avenue
       5 West, P.O. Box 36025
       San Francisco, CA 94102

[ ]  *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2014-00364 | **Krystal L. Clark,** Investigator | **(415) 522-3129** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____                                      08/11/2016
**William R. Tamayo,**                                                 *(Date Mailed)*
**District Director**

Enclosures(s)

cc:    **Teresa A. Cunningham**
       **Attorney**
       **GAW VAN MALE**
       **1000 Main Street, 3rd Floor**
       **Napa, CA 94559**