United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MARTHA GUTIERREZ,                          No. C 16-06229 JSW

10              Plaintiff,

11      v.

12   SA-TEK STAFFING and LANGTRY                **ORDER TO SHOW CAUSE**
     VINEYARD & WINERY, LLC,
13
               Defendants.
14   _____/

15

16          By order dated December 2, 2016, this Court set the case management conference for March

17   10, 2017, and required personal appearances by lead counsel for all parties.  On Friday, March 10,

18   2017, this Court held the initial case management conference in this matter.  Lead counsel Lisa

19   Barnett Sween for Defendant Langtry Vineyard & Winery, LLC ("Langtry") did not appear.

20          Accordingly, Langtry's counsel is HEREBY ORDERED TO SHOW CAUSE in writing as to

21   why the Court should not impose monetary sanctions in the amount of $250.00 failure to appear at

22   the case management conference.  Counsel's response to this Order to Show Cause shall be due by

23   March 27, 2017.

24          **IT IS SO ORDERED.**

25   Dated:   March 20, 2017

26                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
27

28